UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REDBOX+ INTERNATIONAL, LLC,

    Plaintiff,

v.    Case No: 8:23-cv-393-CEH-SPF

WASTE MANAGEMENT
SOLUTIONS, INC.,

    Defendant.
_____/

## **PRELIMINARY INJUNCTION**

This matter comes before the Court upon its Order dated June 23, 2023 (Doc. 24). In the Order, the Court adopted the Report and Recommendation of the Magistrate Judge (Doc. 22) and granted Plaintiff Redbox+ International, LLC's Motion for Preliminary Injunction (Doc. 11). The Order indicated that a preliminary injunction would be entered by separate order.

Plaintiff sought the entry of a preliminary injunction against Defendant Waste Management Solutions, Inc., in order to enforce the termination of Defendant's franchise agreements and prevent it from using Plaintiff's trademarks and trade dress. After an evidentiary hearing, of which Defendant received notice, the Magistrate Judge found that Plaintiff adequately demonstrated: (1) a substantial likelihood of success on the merits; (2) a substantial threat of irreparable injury if the injunction is not granted; (3) that the threatened injury to Plaintiff outweighs the harm an injunction may cause Defendant; and (4) that granting the injunction would not disserve the

public interest. *See* Doc. 22 at 7-15.[1] Because of its finding that Plaintiff has a "high probability of succeeding on the merits of its claims," the Magistrate Judge recommended that no bond be required. *Id.* at 16; *see BellSouth Telecommunications, Inc. v. MCIMetro Access Transmission Services, LLC*, 425 F.3d 964, 971 (11th Cir. 2005) (noting that "the court may elect to require no security at all") (citations omitted). Upon an independent review, this Court adopted the Magistrate Judge's findings. *See* Doc. 24. The Court concluded that a preliminary injunction is warranted, and that a bond will not be required. *Id.*

Under Federal Rule of Civil Procedure 65(d)(2), this Order "binds only the following who receive actual notice of it by personal service or otherwise: (A) the parties; (B) the parties' officers, agents, servants, employees, and attorneys; and (C) other persons who are in active concert or participation with anyone described in [](A) or (B)."

Accordingly, it is **ORDERED**:

1. The Court hereby **ENJOINS** Defendant Waste Management Solutions, Inc., from:

    a. Operating its business in the five territories covered by the Franchise Agreements; and

    b. Utilizing redbox+ trademarks and/or trade dress.

---

[1] The Court adopts and incorporates herein the analysis of the Magistrate Judge contained in the Report and Recommendation at docket entry 22, pp 7 – 16.

2. The Court reserves ruling on the issue of an award of attorney's fees and costs to Plaintiff in conjunction with bringing its Motion.

**DONE AND ORDERED** at Tampa, Florida on July 6, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties