# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

REDBOX+ INTERNATIONAL, LLC,

    Plaintiff,

v.                                         Case No: 8:23-cv-393-CEH-SPF

WASTE MANAGEMENT
SOLUTIONS, INC.,

    Defendant.
_____/

## FINAL JUDGMENT AND PERMANENT INJUNCTION

This matter comes before the Court upon its Order dated December 5, 2023 (Doc. 33). In the Order, the Court adopted the Report and Recommendation of the Magistrate Judge (Doc. 30) and granted-in-part Plaintiff Redbox+ International, LLC's Motion for Default Judgment (Doc. 28). The Order indicated that a permanent injunction would be entered by separate order.

This Court previously issued a preliminary injunction against Defendant Waste Management Solutions, Inc., to enforce the termination of Defendant's franchise agreements and prevent it from using Plaintiff's trademarks and trade dress. Doc. 25. In its Order granting-in-part Plaintiff's Motion for Default Judgment, the Court entered judgment in favor of Plaintiff and adopted the Magistrate Judge's finding that entry of a Permanent Injunction is appropriate. Specifically, this Court has found: "(1) that [Plaintiff] has suffered irreparable injury; (2) that remedies available at law, such as monetary damages, are inadequate to compensate for that injury; (3) that,

considering the balance of hardships between the plaintiff and defendant, a remedy in equity is warranted; and (4) that the public interest would not be disserved by a permanent injunction." *eBay Inc. v. MercExchange, L.L.C.*, 547 U.S. 388, 391 (2006); *see* Doc. 30 at 15-17; *see also* Doc. 22 at 7-16.

Accordingly, it is **ORDERED**:

1. Plaintiff Redbox+ International, LLC is entitled to Judgment in its favor against Defendant Waste Management Solutions as to Counts I, II, and III of the Amended Complaint (Doc. 10).

2. Defendant Waste Management Solutions, Inc., and anyone acting through it, including but not limited to its owners, members, managers, officers, directors, principals, agents, servants, employees, attorneys, subsidiaries, successors and assigns, and all those in active concert or participation with them, are **PERMANENTLY ENJOINED** from:

    a. Operating its business in the five territories covered by the Franchise Agreements; and

    b. Utilizing Redbox+ trademarks and/or trade dress.

3. Plaintiff shall recover from Defendant taxable costs in the amount of $484.75 and attorneys' fees in the amount of $9,888.50, for a total of $10,373.25, which shall accrue interest at the legal rate.

4. The Clerk is directed to CLOSE this case.

**DONE AND ORDERED** at Tampa, Florida on December 5, 2023.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties